1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      IN RE:  STEVEN WAYNE BONILLA                No. 2:23-cv-02589-TLN-KJN

12                                                  No. 2:23-cv-02590-TLN-KJN

13                                                  No. 2:23-cv-02591-TLN-KJN

14                                                  No. 2:23-cv-02592-TLN-KJN

15                                                  No. 2:23-cv-02593-TLN-KJN

16                                                  No. 2:23-cv-02595-TLN-KJN

17                                                  No. 2:23-cv-02596-TLN-KJN

18                                                  No. 2:23-cv-02598-TLN-KJN

19                                                  No. 2:23-cv-02599-TLN-KJN

20                                                  No. 2:23-cv-02601-TLN-KJN

21                                                  **ORDER**

22

23

24          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

25  above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

26  litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

27  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

28  Alameda County.  (*See Bonilla v. Fresno County*, Case No. 2:18-cv-2544-TLN-KJN, ECF No.

1

1  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

2  the Court to open a new case for each attempted new case pleading and assign it to the

3  undersigned and Magistrate Judge Kendall J. Newman.  (*Id.* at ECF No. 26).  If the Court

4  determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case

5  will be ordered dismissed and closed.  (*Id.*)

6          The Court has reviewed the complaints/petitions filed in the above-captioned cases and

7  finds they are related to Plaintiff's Alameda County criminal conviction.

8          Accordingly, the complaints/petitions in Case Nos. 2:23-cv-02589, 2:23-cv-02590, 2:23-

9  cv-02591, 2:23-cv-02592, 2:23-cv-02593, 2:23-cv-02595, 2:23-cv-02596, 2:23-cv-02598, 2:23-

10 cv-02599 and 2:23-cv-02601 are hereby DISMISSED.  The Clerk of the Court is directed to close

11 these cases.  No further filings will be accepted.

12          IT IS SO ORDERED.

13      Dated:  December 14, 2023

14

15

16                                           Troy L. Nunley
                                             United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28